## ~~PROPOSED~~ ORDER/COVER SHEET

TO: Honorable Wayne D. Brazil
U.S. Magistrate Judge

**FILED**
DEC 19 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RE: BENARD, Wilford

FROM: Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

DOCKET NO.: 4-06-70706 WDB

DATE: December 19, 2006

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Victoria Gibson                                    510-637-3752
U.S. Pretrial Officer Specialist                   TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _4_ on _Jan. 5, 2007_ at _10:00 am_.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)
   A.
   B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_/s/ Wayne D. Brazil_                            _12-19-06_
JUDICIAL OFFICER                                  DATE

Cover Sheet (12/03/02)  cc: WDB's Stats, Copy to parties via ECF
                         Pretrial, Financial