RECEIVED
UNITED STATES MARSHAL

2007 JAN 12 PM 2:05

DISTRICT OF
CALIFORNIA - OAKLAND

FILED

JAN 1 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

WILFORD BENARD,

    Defendant(s).
    _____/

No. 4-06-70706-WDB

**ORDER FOR DISMISSAL AND RELEASE FROM CUSTODY**

The Court having considered the oral motion of the government's attorney, Assistant United States Attorney Garth Hire, in open court on January 12, 2007, the Court hereby enters the following Orders:

IT IS HEREBY ORDERED that the government's motion to dismiss without prejudice the Criminal Complaint filed as to defendant Wilford Benard only is GRANTED. The United States Marshal shall release from his custody WILFORD BENARD forthwith.

IT IS SO ORDERED.

Dated: 1-12-07

WAYNE D. BRAZIL
United States Magistrate Judge

cc: WDB's Stats, Copies to parties via ECF, 2 certified copies to Marshal, Pretrial

caption.frm

1